**Angela M. Alioto, (SBN 130328)**
**Angela Mia Veronese, (SBN 269942)**
**Matthew J. Wayne, (SBN 283897)**
**LAW OFFICES OF MAYOR JOSEPH L. ALIOTO**
**AND ANGELA ALIOTO**
700 Montgomery Street
San Francisco, CA  94111
Telephone: (415) 434-8700
Facsimile: (415) 438-4638

Attorneys for Plaintiffs Christopher O'Halloran,
Devon Oliver, and Davion McFarland

**Jeremy T. Naftel, State Bar No. 185215**
jnaftel@cdflaborlaw.com
**Nicole A. Legrottaglie, State Bar No. 271416**
nlegrottaglie@cdflaborlaw.com
**CAROTHERS DISANTE & FREUDENBERGER LLP**
900 University Avenue
Suite 200
Sacramento, CA  95825
Telephone: (916) 361-0991
Facsimile: (916) 570-1958

Attorneys for Defendant GCA Services Group of Texas, LP (erroneously sued as GCA Services
Group, Inc.)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Christopher O'Halloran, Devon Oliver, and Davion McFarland** | ) Case No.: 3:15-cv-00868 - HSG |
| | ) |
| | ) **JOINT STIPULATION TO CONTINUE** |
| **Plaintiffs,** | ) **CASE MANAGEMENT CONFERENCE** |
| | ) |
| **vs.** | ) |
| | ) |
| **GCA Services Group, Inc., and DOES 1 to 20,** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

O'Halloran et al. v. GCA Services Group of Texas, LP
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

Plaintiffs Christopher O'Halloran, Devon Oliver, and Davion McFarland (collectively referred to as "Plaintiffs") and Defendant GCA Services Group of Texas, LP (erroneously sued as GCA Services Group, Inc.) ("Defendant") (Plaintiff and Defendants collectively referred to as "Parties"), by and through their undersigned counsel, hereby agree and stipulate to the following:

WHEREAS, the Court set a Case Management Conference for June 2, 2015 in Courtroom 15 before Judge Haywood S. Gilliam;

WHEREAS, lead trial counsel for Defendant is unable to attend the Case Management Conference scheduled for June 2, 2015 due to illness;

WHEREAS, the Parties agree a continuance of the Case Management Conference is necessary;

IT IS HEREBY STIPULATED by and between the Parties, and their respective attorneys of record, as follows:

1.  The Parties agree to continue the Case Management Conference scheduled for June 2, 2015 to June 9, 2015, or the first Tuesday before June 30 that the Court is available to reschedule the Case Management Conference.1

Dated: June 2, 2015                    CAROTHERS DISANTE & FREUDENBERGER LLP


By: _____ */s/Jeremy T. Naftel*
                        Jeremy T. Naftel
              Attorneys for Defendant
              GCA Services Group of Texas, LP

---

1 Defendant's lead trial counsel is available on any Tuesday in June or July with the exception of June 30 and July 21.  Plaintiffs' lead trial counsel is available on June 9 and June 23.  She will be out of the country from June 30 through the middle of August.

Dated: June 2, 2015

LAW OFFICES OF JOSEPH L. ALIOTO AND ANGELA ALIOTO

By: _____ */s/ Matthew J. Wayne*
               Matthew J. Wayne
Attorneys for Plaintiffs
Christopher O'Halloran, Devon Oliver, and Davion McFarland

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

APPROVED

Haywood S. Gill Jr.

Judge Haywood S. William Jr.

3