**Angela M. Alioto, (SBN 130328)**
**Angela Mia Veronese, (SBN 269942)**
**Matthew J. Wayne, (SBN 283897)**
**LAW OFFICES OF MAYOR JOSEPH L. ALIOTO AND ANGELA ALIOTO**
700 Montgomery Street
San Francisco, CA  94111
Telephone: (415) 434-8700
Facsimile: (415) 438-4638

Attorneys for Plaintiffs Christopher O'Halloran,
Devon Oliver, and Davion McFarland

**Jeremy T. Naftel, State Bar No. 185215**
jnaftel@cdflaborlaw.com
**Nicole A. Legrottaglie, State Bar No. 271416**
nlegrottaglie@cdflaborlaw.com
**CAROTHERS DISANTE & FREUDENBERGER LLP**
900 University Avenue
Suite 200
Sacramento, CA  95825
Telephone: (916) 361-0991
Facsimile: (916) 570-1958

Attorneys for Defendant GCA Services Group of Texas, LP (erroneously sued as GCA Services Group, Inc.)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Christopher O'Halloran, Devon Oliver, and Davion McFarland** | Case No.: 3:15-cv-00868-HSG |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE OF COURT TO FILE FIRST AMENDED COMPLAINT** |
| vs. | |
| **GCA Services Group, Inc., and DOES 1 to 20,** | |
| Defendants. | |

O'Halloran et al. v. GCA Services Group of Texas, LP
JOINT STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS
LEAVE OF COURT TO FILE FIRST AMENDED COMPLAINT

**STIPULATION**

In accordance with Fed. R. Civ. P. 15 and the Court's August 18, 2015 Order (Docket Entry No. 30), Plaintiffs Christopher O'Halloran, Devon Oliver, and Davion McFarland and Defendant GCA Services Group of Texas, LP (erroneously sued as GCA Services Group, Inc.) stipulate and agree as follows:

(1)    On February 26, 2015, Plaintiffs filed their Original Complaint which named GCA Services Group, Inc., who on Plaintiffs' information and belief was Plaintiffs' presumptive employer, as the only Defendant to this action. See Docket, Document Number 1.

(2)    On June 23, 2015, Plaintiffs filed a Motion for Leave of Court to File Amended Complaint. See Docket, Document Number 26.

(3)    Plaintiffs' Motion requests leave of Court to file an Amended Complaint that includes GCA Services Group of Texas, LP as a Defendant on the grounds that, on Plaintiffs' information and belief, this entity was also Plaintiffs' presumptive employer. Id.

(4)    Plaintiffs submitted a proposed amended complaint with their Motion. Id., Ex. 1.

(5)    Defendant has not opposed, and does not oppose the relief requested through Plaintiffs' Motion.

WHEREFORE, IT IS HEREBY STIPULATED between the Parties and their respective counsel that Plaintiffs should be granted leave of Court to file the First Amended Complaint that was submitted with Plaintiffs' Motion.

Date: August 21, 2015         Respectfully submitted,

LAW OFFICES OF JOSEPH ALIOTO AND ANGELA ALIOTO

By:    */s/ Matthew J. Wayne*
      Matthew J. Wayne
      Attorneys for Plaintiffs

CAROTHERS DISANTE & FREUDENBERGER LLP
By:    */s/ Jeremy T. Naftel*
      Jeremy T. Naftel
Attorneys for Defendant
GCA Services Group of Texas, LP

## **LOCAL RULE 5-1 ATTESTATION**

In accordance with U.S. District Court for the Northern District of California Civil Local Rule 5-1(i)(3), the filing attorney attests that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document. The filing attorney will maintain records to support this concurrence for subsequent production for the Court, if so ordered, or for inspection upon request by a party, until one year after the final resolution of the action (including appeal, if any).

Date: August 21, 2015         LAW OFFICES OF JOSEPH ALIOTO AND ANGELA ALIOTO

By:    */s/ Matthew J. Wayne*
      Matthew J. Wayne
      Attorneys for Plaintiffs

O'Halloran et al. v. GCA Services Group of Texas, LP
JOINT STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS
LEAVE OF COURT TO FILE FIRST AMENDED COMPLAINT     3

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiffs Christopher O'Halloran, Devon Oliver, and Davion McFarland are granted leave of Court to file the First Amended Complaint that was submitted with their original Motion for Leave of Court to File First Amended Complaint.

Signed this ____21st____ day of _____August____, 2015.

*Haywood S. Gilliam, Jr.*
Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE