| | |
|---|---|
| 1 | Jeremy T. Naftel, State Bar No. 185215 |
|   | jnaftel@cdflaborlaw.com |
| 2 | Nicole A. Legrottaglie, State Bar No. 271416 |
|   | nlegrottaglie@cdflaborlaw.com |
| 3 | CAROTHERS DISANTE & FREUDENBERGER LLP |
|   | 900 University Avenue |
| 4 | Suite 200 |
|   | Sacramento, California 95825 |
| 5 | Telephone:  (916) 361-0991 |
|   | Facsimile:  (916) 570-1958 |
| 6 | |
|   | Attorneys for Defendant |
| 7 | GCA Services Group of Texas, LP (erroneously sued as |
|   | GCA Services Group, Inc.) |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER O'HALLORAN, DEVON OLIVER, and DAVION MCFARLAND, | ) ) | Case No. 3:15-cv-00868-HSG |
| Plaintiffs, | ) ) ) | **JOINT STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER** |
| vs. | ) ) | |
| GCA SERVICES GROUP, INC., and DOES 1 to 20, | ) ) ) | |
| Defendants. | ) ) ) | |

1  Plaintiffs Christopher O'Halloran, Devon Oliver and Davion McFarland (collectively
2  "Plaintiffs") and Defendant GCA Services Group of Texas, LP (erroneously sued as GCA Services
3  Group, Inc.) ("Defendant") (Plaintiff and Defendants collectively referred to as "Parties"), by and
4  through their undersigned counsel, hereby agree and stipulate to the following:

   WHEREAS, pursuant to the August 4, 2015 Scheduling Order, the Court set the Last Day
   to Hear Dispositive Motions as <u>March 16, 2016</u>.

   WHEREAS, pursuant to the August 4, 2015 Scheduling Order submitted by the Parties, the
   Court set the Fact Discovery Cutoff as <u>January 15, 2016</u>.

   WHEREAS, the Parties have met and conferred and determined that additional time is
   necessary to complete discovery and explore informal resolution through mediation and have
   confirmed a mediation on January 27, 2016 before Justice Stephen Vartebedian (retired).

   Based on these stipulations, and in order to provide the Parties additional time to prepare for
   and attend mediation, the Parties agree to modify the Scheduling Order as follows:

| | |
|---|---|
| **Fact Discovery Cut-off:** | **March 31, 2016** |
| **Last day to hear dispositive motions:** | **May 2, 2016** |

Dated:  December 11, 2015        CAROTHERS DISANTE & FREUDENBERGER LLP


                                  By:  _____*/s/ Jeremy T. Naftel*_____
                                           Jeremy T. Naftel
                                  Attorneys for Defendant
                                  GCA Services Group of Texas, LP (erroneously sued as GCA
                                  Services Group, Inc.)

Dated:  December 11, 2015        LAW OFFICES OF MAYOR JOSEPH L. ALIOTO AND
                                  ANGELA ALIOTO



                                  By: _____/s/*Matthew J. Wayne*_____
                                           Matthew J. Wayne
                                  Attorneys for Plaintiffs
                                  Christopher O'Halloran, Devon Oliver and Davion
                                  McFarland

1   JOINT STIPULATION TO MODIFY
    SCHEDULING ORDER AND [PROPOSED]
    ORDER

1002738.1

## LOCAL RULE 5-1 ATTESTATION

In accordance with U.S. District Court for the Northern District of California Civil Local Rule 5-1(i)(3), the filing attorney attests that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document. The filing attorney will maintain records to support this concurrence for subsequent production for the Court, if so ordered, or for inspection upon request by a party, until one year afer the final resolution of the action (including appeal, if any).

Dated: December 11, 2015         CAROTHERS DISANTE & FREUDENBERGER LLP


                                 By:         */s/ Jeremy T. Naftel*
                                             Jeremy T. Naftel
                                 Attorneys for Defendant
                                 GCA Services Group of Texas, LP (erroneously sued as GCA Services Group, Inc.)

1  **ORDER**

2    Pursuant to the Parties' stipulation and good cause appearing

3    **IT IS SO ORDERED except the last day to hear dispositive motions is May 5,**

4    **2016.**

5  Dated:  December 11, 2015

    _____
    Honorable Haywood S. Gilliam, Jr.
6   UNITED STATED DISTRICT JUDGE