Jeremy T. Naftel, State Bar No. 185215
jnaftel@cdflaborlaw.com
Nicole A. Legrottaglie, State Bar No. 271416
nlegrottaglie@cdflaborlaw.com
CAROTHERS DISANTE & FREUDENBERGER LLP
900 University Avenue
Suite 200
Sacramento, California 95825
Telephone: (916) 361-0991
Facsimile: (916) 570-1958

Attorneys for Defendants
GCA Services Group of Texas, LP, and
GCA Services Group, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER O'HALLORAN, DEVON OLIVER, and DAVION MCFARLAND,<br><br>Plaintiffs,<br>vs.<br><br>GCA SERVICES GROUP, INC., GCA SERVICES GROUP OF TEXAS, LP, and DOES 1 to 20,<br><br>Defendants. | Case No. 3:15-cv-00868-HSG<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Action Filed: February 26, 2015<br><br>First Amended Complaint Filed: August 21, 2015 |

CAROTHERS DISANTE & FREUDENBERGER LLP

STIPULATION OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

1034461.1

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED by and between the parties hereto, through their undersigned counsel or record, that the above-captioned action is voluntarily dismissed in its entirety with prejudice.

Dated: February 18, 2016

CAROTHERS DISANTE & FREUDENBERGER LLP

By: *<u>/s/ Jeremy T. Naftel</u>*
Jeremy T. Naftel

Attorneys for Defendants
GCA Services Group of Texas, LP, and
GCA Services Group, Inc.

Dated: February 18, 2016

LAW OFFICES OF MAYOR JOSEPH L. ALIOTO AND ANGELA ALIOTO

By: *<u>/s/ Matthew J. Wayne</u>*
Matthew J. Wayne

Attorneys for Plaintiffs
Christopher O'Halloran, Devon Oliver and Davion McFarland

1

STIPULATION OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

1034461.1

**LOCAL RULE 5-1 ATTESTATION**

In accordance with U.S. District Court for the Northern District of California Civil Local Rule 5-1(i)(3), the filing attorney attests that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document. The filing attorney will maintain records to support this concurrence for subsequent production for the Court, if so ordered, or for inspection upon request by a party, until one year after the final resolution of the action (including appeal, if any).

Dated: February 18, 2016

LAW OFFICES OF MAYOR JOSEPH L. ALIOTO AND ANGELA ALIOTO

By: *_/s/ Matthew J. Wayne_*
Matthew J. Wayne

Attorneys for Plaintiffs
Christopher O'Halloran, Devon Oliver and Davion McFarland